# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 5, 2017

## NO. 03-17-00148-CV

**The Law Offices of John S. Young, P.C., Appellant**

**v.**

**Michael Deadman, Temporary Administrator of
The Estate of John Edward Sullivan, Deceased, Appellee**

## APPEAL FROM THE COUNTY COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on December 1, 2016. The Court's opinion and judgment dated September 13, 2017 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.